UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEBORAH HILL** | **CIV. ACTION NO. 3:24-0785** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CAROLYN COLVIN, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Attorney's Fees [Doc. No. 14] filed by Plaintiff Deborah Hill is hereby **GRANTED**, as modified, and that the Commissioner shall remit to Plaintiff's counsel a check made payable to Plaintiff Deborah Hill in the amount of $5,200.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

MONROE, Louisiana, this 2nd day of January 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE